The Honorable Brian A. Tsuchida

1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WASHINGTON
8                               AT SEATTLE

9   UNITED STATES OF AMERICA,

10                   Plaintiff,              NO. 17-mj-00120

11        v.                                 [PROPOSED] ORDER GRANTING
                                             JOINT MOTION TO CONTINUE
12   GHOBAD GHASEMPOUR,                       STATUS CONFERENCE SCHEDULED
                                             FOR MARCH 5, 2018
13                   Defendant.

14
        This Court has considered the Joint Motion to Continue Status Conference Scheduled
15
    for March 5, 2018, this proposed form of Order, and the records and pleadings already on file.
16
    It is therefore
17
        ORDERED that the Joint Motion to Continue Status Conference Scheduled for March
18
    5, 2018 is GRANTED.  The status conference is continued until _April 16, 2018 at 10am_.
19
        DATED this __2__ day of __March__, 2018.
20

21

22                               _fa_ _____
                                       BRIAN A. TSUCHIDA
                                       United States Magistrate Judge
23

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501