The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GHOBAD GHASEMPOUR,<br><br>Defendant. | NO. 18-cr-00080-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT GHASEMPOUR'S UNOPPOSED MOTION TO SEAL DEFENDANT GHASEMPOUR'S SENTENCING MEMORANDUM |

This Court has considered Defendant Ghasempour's Unopposed Motion to Seal Defendant Ghasempour's Sentencing Memorandum, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Defendant Ghasempour's Unopposed Motion to Seal Defendant Ghasempour's Sentencing Memorandum is GRANTED and that Defendant Ghasempour's Sentencing Memorandum shall remain under seal.

Dated this 14th day of August, 2018.

_____
James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT
GHASEMPOUR'S UNOPPOSED MOTION TO SEAL
DEFENDANT GHASEMPOUR'S SENTENCING
MEMORANDUM – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

2793993.docx