UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> v. <br><br> GHOBAD GHASEMPOUR, <br> Defendant. | NO. CR 18-00080 JLR |

## ORDER OF JUDICIAL REMOVAL

Upon application of the United States and upon receipt of the Stipulated Request for Judicial Removal of defendant GHOBAD GHASEMPOUR, and based upon all prior proceedings and submissions in this matter and full consideration having been given to the matters set forth therein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a citizen of Canada.

3. The defendant was paroled into the United States on March 28, 2017, by the U.S. Department of Homeland Security, Immigration and Customs Enforcement.

4. The defendant has been convicted in this Court of Conspiracy to Unlawfully Export U.S.-Origin Goods to Iran and to Defraud the United States, in violation of 18 U.S.C. § 371.

5. The defendant understands: Conspiracy to Unlawfully Export U.S.-Origin Goods to Iran and to Defraud the United States, carries a sentence of not more than 5 year's imprisonment, a fine of not more than $250,000 or twice the amount of the pecuniary gain or loss, or both, a period of supervised release of not more than three years, and a special assessment of $100.

6. The defendant is subject to removal under: 8 U.S.C. § 1182(a)(3)(A)(i)(II), as an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information. The defendant has waived any and all forms of relief from removal.

7. The defendant has designated the country of Canada for removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Title 8, United States Code, Section 1228(c)(5) that:

The defendant be removed from the United States promptly upon his release from confinement (if any), and that the defendant be ordered removed to Canada.

IT IS SO ORDERED this 20th day of August, 2018.

JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

ORDER OF JUDICIAL REMOVAL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970