The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GHOBAD GHASEMPOUR,<br><br>Defendant. | NO. 18-cr-00080-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT GHASEMPOUR'S UNOPPOSED MOTION FOR CHANGE IN JUDICIAL RECOMMENDATION FOR BUREAU OF PRISONS DESIGNATION |

This Court has considered Defendant Ghasempour's Unopposed Motion for Change in Judicial Recommendation for Bureau of Prisons Designation, this proposed form of Order, and the pleadings and records already on file. It is therefore

ORDERED that Defendant Ghasempour's Unopposed Motion for Change in Judicial Recommendation for Bureau of Prisons Designation is GRANTED.

The Court recommends to the Bureau of Prisons that Mr. Ghasempour be placed at the Bureau of Prisons facility in Englewood, Colorado.

Dated this 4th day of Sept., 2018.

_____
James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT
GHASEMPOUR'S UNOPPOSED MOTION FOR
CHANGE IN JUDICIAL RECOMMENDATION FOR
BUREAU OF PRISONS DESIGNATION – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

2804989.docx